UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                    No. 2:22-CR-20002

PEDRO ARMANDO NAVA                                                     DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 34) from Chief United States Magistrate Judge Mark E. Ford.  Defendant filed objections (Doc. 36).  The Magistrate Judge recommends the Court deny Defendant's motion (Doc. 25) to suppress.  The Court has conducted a de novo review of the report and recommendation pursuant to Defendant's objections.  28 U.S.C. § 636(b)(1).  Defendant's objections do not present new arguments of law or fact that require departure from the Magistrate Judge's findings.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 25) to suppress is DENIED.

IT IS SO ORDERED this 22nd day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE